IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 10-229 |
| ) | |
| BRENT KEVIN HERCULES ANTOINE and ) | |
| JEAN A. SERAPHIN ) | |
| ) | |
| Defendant. ) | |

ORDER OF CRIMINAL FORFEITURE AGAINST
BRENT KEVIN HERCULES ANTOINE and JEAN A. SERAPHIN

AND NOW, this _18th_ day of _November_, 2012, upon consideration of the United States' Motion for Order of Criminal Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that:

1. All right, title and interest of Brent Kevin Hercules Antoine and Jean A. Seraphin in the 76 gift cards from the retailers, American Express, Home Depot, Best Buy, Nordstrom and Visa are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. §982(a)(2)(B) and 18 U.S.C. §1029(c)(1)(C).

2. This Order of Forfeiture Against Brent Kevin Hercules Antoine and Jean A. Seraphin will be made part of the criminal judgment against both Brent Kevin Hercules Antoine and Jean A. Seraphin and incorporated into each of their sentences pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_Maurice B. Cohill_
J.