IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-229 |
| | ) | |
| RAMAR J. GARDINER | ) | |
| RICHARD G. FOSTER, JR. | ) | |
| BRENT KEVIN HERCULES ANTOINE | ) | |
| JEAN A. SERAPHIN | ) | |
| | ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this __13th__ day of __April__, 2015, upon consideration of the United States' Motion for Final Order of Forfeiture, it is hereby ORDERED that the Motion is GRANTED, and that the 76 gift cards from the retailers, American Express, Home Depot, Best Buy, Nordstrom and Visa are hereby forfeited to the United States pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including, without limitation, Ramar J. Gardiner, Richard G. Foster, Jr., Brent Kevin Hercules Antoine and Jean A. Seraphin.

_Maurice B. Cohill Jr._
United States District Court Judge